UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAPEL HILL, L.L.C. | CIVIL ACTION # 08-233 |
| | JUDGE PARKER |
| VERSUS | |
| | MAGISTRATE DALBY |
| BARGE CA 112B, her tackle, apparel, furniture, Equipment and other necessaries there unto there unto appertaining and belonging, *in rem* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING THE ABOVE AND FOREGOING EX PARTE MOTION TO DEPOSIT COSTS,

IT IS ORDERED, that after a review of the Verified Complaint, the Court finds that the conditions for an action *in rem* appear to exist, and, therefore, the Clerk of Court for the Middle District of Louisiana is authorized to issue a warrant for the arrest of Barge CA 112B.

Baton Rouge, Louisiana, this 28th day of April, 2008.

UNITED STATES DISTRICT JUDGE

USM - certified copy