UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CHAPEL HILL, L.L.C.                                  CIVIL ACTION # 08-233

                                                     JUDGE PARKER
VERSUS
                                                     MAGISTRATE DALBY
BARGE CA 112B, her tackle, apparel, furniture,
Equipment and other necessaries there unto
there unto appertaining and belonging, *in rem*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE ABOVE AND FOREGOING EX PARTE MOTION AUTHORIZING WARRANT OF ARREST AND AGREEMENT TO HOLD HARMLESS AND INDEMNIFY THE UNITED STATES OF AMERICA, THE UNITED STATES MARSHALL OFFICE, THEIR AGENTS, SERVANTS, EMPLOYEES AND ALL OTHERS IN CONNECTION WITH ORDER AUTHORIZING THE ISSUANCE OF A WARRANT FOR THE ARREST OF BARGE CA 112B:

IT IS ORDERED, that after a review of the Verified Complaint, the Court finds that the conditions for an action *in rem* appear to exist, and, therefore, the Clerk of Court for the Middle District of Louisiana is authorized to issue a warrant for the arrest of Barge CA 112B.

IT IS FURTHER ORDERED that the Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their

USM-Certified copy

Case 3:08-cv-00233-JVP-DLD

agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel.

Baton Rouge, Louisiana, this 29th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE